**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 13** |
| | ) | |
| **DARIUS JENKINS,** | ) | **Case No. 22-07396** |
| | ) | |
| **Debtor.** | ) | **Judge David D. Cleary** |

**NOTICE OF MOTION**

TO:      Office of Marilyn O. Marshall
         Chapter 13 Trustee
         *via ECF clerk's electronic delivery system*

PLEASE TAKE NOTICE that on August 1, 2022 at 1:30 p.m., the undersigned shall appear by telephone before the Honorable Judge David D. Cleary or any Judge sitting in his stead and then and there present the Motion to Extend Time to File Remaining Schedules, Plan and other documents, a copy of which is attached hereto.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance at the courthouse is necessary or permitted. To appear and be heard on the Motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and Password**. The meeting ID for this hearing is **161 122 6457** and the password is **Cleary644.** The meeting ID and password can also be found on Judge Cleary's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judge-david-d-cleary.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                      /s/ David H. Cutler

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he caused the above and foregoing Notice and attached Motion to be served on the Trustee via Electronic Court Notice on July 13, 2022 before 5:00 p.m.

                                                      /s/ David H. Cutler

Cutler & Associates, Ltd
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 13** |
| | ) | |
| **DARIUS JENKINS,** | ) | **Case No. 22-07396** |
| | ) | |
| **Debtor.** | ) | **Judge David D. Cleary** |

### MOTION TO EXTEND TIME TO FILE DEBTOR'S
### REMAINING SCHEDULES, PLAN AND OTHER DOCUMENTS

NOW COMES the Debtor, Darius Jenkins, by and through his attorneys, Cutler &

Associates, Ltd., and move this Court to grant him until August 1, 2022 to file his remaining

Schedules, Plan and other documents. In support of this Motion, the Debtor respectfully state and

allege as follows:

1.      The Debtor filed his petition for relief under Chapter 13 of the United States Bankruptcy

Code on June 30, 2022.

2.      The Debtor's remaining schedules, plan and other documents would, in absence of this

motion be due on July 14, 2022.

3.      The Debtor needs additional time to review the remaining schedules, plan and other

documents with his attorney before they can be filed.

4.      The Debtor, therefore, requests that he be granted until August 1, 2022 to file his

remaining Schedules, Plan and other documents.

WHEREFORE, the Debtor, Darius Jenkins, pray for the following relief:

A.      That the Debtor be granted until August 1, 2022 to file his remaining schedules, plan and

        other documents; and

B.      For such other and further relief as this Court deems equitable and just.

Respectfully Submitted,

Dated: July 13, 2022

By:_____ /s/ David H. Cutler
One of the attorneys for the Debtor

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600